FILED FOR RECORD
Ashley County, Arkansas
at 11:06 o'clock A m

NOV 29 2022

VICKIE STELL, CIRCUIT CLERK
By Araceli Pacheco

IN THE CIRCUIT COURT OF ASHLEY COUNTY, ARKANSAS
CIVIL DIVISION

CLOVERDALE ASSEMBLY OF GOD, INC.                                    PLAINTIFF

VS.                              NO. 02CV-22-2563

CHURCH MUTUAL INSURANCE COMPANY, S.I.                               DEFENDANT

## COMPLAINT

COMES NOW, the Plaintiff, CLOVERDALE ASSEMBLY OF GOD, INC., by and through its attorneys, Griffin, Rainwater & Draper, P.L.C., and for its cause of action against the Defendant, CHURCH MUTUAL INSURANCE COMPANY, S.I., would state and allege, as follows:

1. That the Plaintiff, CLOVERDALE ASSEMBLY OF GOD, INC., hereinafter referred to as "CLOVERDALE", is a not-for-profit corporation organized and existing under the laws of the State of Arkansas, with its principal address at 132 Ashley Road 15, in Crossett, Ashley County, Arkansas.

2. That the Defendant, CHURCH MUTUAL INSURANCE COMPANY, S.I., hereinafter referred to as "CHURCH MUTUAL", is a foreign insurance corporation, duly authorized to transact business in the State of Arkansas, whose agent for service of process is identified as Corporation Service Company, 300 Spring Building, Suite 900, 300 South Spring Street, Little Rock, Arkansas 72201.

3. That this action is contractual in the nature and involves insurance written by CHURCH MUTUAL, covering buildings and improvements owned by CLOVERDALE located in Ashley County, Arkansas.

4. That this Court has proper jurisdiction of the parties and subject matter of this action.

5. That, on or about January 11, 2020, a tornadic event occurred in the immediate vicinity of the CLOVERDALE property on Ashley Road 15, in Ashley County, Arkansas, causing damage to the church sanctuary situated on the property. At all times pertinent hereto (including the month of January 2020), the church and buildings maintained on the property were covered for damage under CHURCH MUTUAL INSURANCE COMPANY, S.I., Policy No. 0075697-02-012040, a copy of which is in the possession of the Defendant, as the issuing party of the policy, but which will be provided to the records under separate cover, at the request of the Defendant.

6. That, by the terms of the above referenced insurance policy, the church property, including the sanctuary was insured against loss resulting from the collapse of the building due to wind damage, including the tornadic event which occurred on January 11, 2020.

7. That, as a result of the collapse of the sanctuary, the Plaintiff, CLOVERDALE, has sustained damage in the amount of One Million Six Hundred Thousand Dollars ($1,600,000.00), representing the cost of repairing the sanctuary of the church.

8. That the Plaintiff has notified the Defendant of its claim under the policy, but the Defendant has denied the claim, and refused payment under the policy.

9. WHEREFORE, PREMISES CONSIDERED, the Plaintiff, CLOVERDALE ASSEMBLY OF GOD, INC., prays for judgment against the Defendant, CHURCH MUTUAL INSURANCE COMPANY, S.I., in the amount of One Million Six Hundred Thousand Dollars ($1,600,000.00); interest at the legal rate; Twelve Percent (12%) statutory penalty; and, for its attorney fees and costs.

    Respectfully submitted,

    CLOVERDALE ASSEMBLY OF GOD, INC.,
    Plaintiff

    Griffin, Rainwater & Draper, P.L.C.,

Its attorneys

By: _____

Paul S. Rainwater, #74126
P.O. Box 948
Crossett, AR 71635
(870) 364-2111
prainwater@windstream.net