**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF ARKANSAS**
**EL DORADO DIVISON**

| | | |
|---|---|---|
| CLOVERDALE ASSEMBLY OF GOD, INC.<br><br>Plaintiff,<br><br>vs.<br><br>CHURCH MUTUAL INSURANCE COMPANY, S.I.<br><br>Defendants. | ) | Case No. 1:23-cv-01010-SOH |

**DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**

COMES NOW Defendant Church Mutual Insurance Company, S.I. ("Church Mutual"), by and through its undersigned counsel, pursuant to Rule 56 of the Federal Rules of Civil Procedure, and for its Motion for Summary Judgment, states as follows:

1. Church Mutual issued a Religious Institution Policy, Policy No. 0075697-02-012040, to Cloverdale Assembly of God, Inc. ("Cloverdale") for real property located at 132 Ashley Road 15, Crossett, Arkansas 71635 (the "Policy"). (Exhibit A, at 3). The Policy was effective from July 20. 2019 to July 20, 2022. (Exhibit A, at 3).

2. On January 26, 2021, Cloverdale made an insurance claim with Church Mutual for property damage to the drywall in its sanctuary as well as to the truss system located in the sanctuary's attic. (Exhibit B; Exhibit C, at 40:6-12).

3. Church Mutual denied coverage for Cloverdale's claim on September 20, 2021, based upon inspections completed and findings made by two independent professional engineers. (Exhibit O). Based upon these findings, Church Mutual determined the damage sustained to the

drywall and truss system were the result of non-covered and excluded causes of loss under the Policy. (Exhibit O).

4. On November 29, 2022, Cloverdale filed this lawsuit alleging Church Mutual breached the Policy after it denied coverage for damages sustained to the drywall and sanctuary truss system. Specifically, Cloverdale contends a tornado occurring on January 11, 2020, caused the damage to the sanctuary drywall and truss system, which constitutes a covered loss under the Policy.

5. Cloverdale is seeking $1,600,000.00 it asserts is needed to rebuild the entirety of the church sanctuary in order to repair damage caused by the purported tornado.

6. In order to succeed on its breach of contract claim, Cloverdale must prove (1) a valid agreement existed between the parties; (2) Church Mutual breached the agreement; and (3) Cloverdale's damages resulted from the breach. *Powell v. TPI Petroleum, Inc.*, 510 F.3d 818, 822 (8th Cir. 2007) (citing *Foreman School Dist. No. 25 v. Steele*, 61 S.W.3d 801, 807 (Ark. 2001)).

7. Church Mutual is entitled to judgment as a matter of law because Cloverdale cannot establish its alleged damages were caused by Church Mutual's breach of the Policy. Indeed, Cloverdale is unable to show the alleged tornado damaged the sanctuary's truss system at all. Cloverdale's only evidence in this regard is its purported expert witness, Justin Hall.

8. As briefed in Defendant's contemporaneously filed *Daubert* Motion to Exclude the Expert Report, Testimony, and Opinions of Justin Hall, Cloverdale's only witness in this regard should not be considered an expert in this litigation as the methodology he employed is unreliable, unscientific, and not replicable. He is also unqualified and incompetent to provide opinions in the engineering specialties upon which he has opined.

9. Church Mutual is also entitled to judgment as a matter of law because Cloverdale cannot establish there was a breach of the Policy. Rather, Church Mutual validly excluded coverage under the Policy because based upon the findings and conclusions reached by two independent professional engineers. Cloverdale is unable to rebut the findings made by these expert witnesses.

10. Church Mutual incorporates by reference, as though fully set forth herein, its Statement of Uncontroverted Material Facts, including all supporting exhibits, and its Memorandum in Support of its Motion for Summary Judgment.

WHEREFORE, Defendant Church Mutual Insurance Company, S.I. respectfully requests this Court enter an Order for summary judgment in its favor, awarding its costs and expenses incurred herein, and for such other and further relief as this Court deems just and proper.

**WATTERS WOLF BUB & HANSMANN, LLC**

/s/ Timothy J. Wolf
Timothy J. Wolf, #2009230 (AR)
Tyler J. Hamilton, #72830 (MO), *pro hac vice*
600 Kellwood Parkway, Suite 120
St. Louis, Missouri 63017
(636) 798-0570 Telephone
(636) 798-0693 Facsimile
twolf@wwbhlaw.com
*Attorneys for Defendant Church Mutual Insurance Company*

**CERTIFICATE OF SERVICE**

The undersigned certified that a true and correct copy of the foregoing was served via the court's electronic filing system this 12th day of December, 2023, upon the following:

Paul Rainwater
Griffin, Rainwater & Draper, P.L.C.
P.O. Box 948
Crossett, AR 71635
prainwater@windstream.net

/s/Timothy J. Wolf