## IN THE MATTER OF THE UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF ARKANSAS
## ELDORADO DIVISION

**CLOVERDALE ASSEMBLY OF GOD, INC.**            **PLAINTIFF**

**VS**            **CASE NO. 1:23-cv-01010-SOH**

**CHURCH MUTUAL INSURANCE COMPANY, S.I.**            **DEFENDANT**

### MOTION FOR LEAVE TO ENTER SPECIAL APPEARANCE FOR PURPOSE OF FILING A MOTION TO DISMISS WITHOUT PREJUDICE

Comes now, John Richard Byrd, Sr. of the Byrd Law Firm, P.A. and for his Motion for Leave to Enter a Special Appearance for purpose of filing a Motion to Dismiss the pending lawsuit without prejudice, states and alleges as follow:

1. That this lawsuit was filed by Paul S. Rainwater, of Griffin, Rainwater and Draper in the above captioned cause naming as the Defendant Church Mutual Insurance Company, S.I. That Paul S. Rainwater died while this litigation was pending on or about January 8, 2024.

2. That the Plaintiff, Cloverdale Assembly of God, Inc. has requested the assistance of John Richard Byrd, Sr. of the Byrd Law Firm, P.A. to take the necessary steps to dismiss the pending litigation without prejudice.

3. That this Motion for Leave to enter a special appearance for the purpose of filing a Motion to Dismiss the pending case without prejudice should be heard and approved by the Court, limiting John Richard Byrd, Sr. and the Byrd Law Firm's appearance to the stated purpose.

WHEREFORE, the Plaintiff, Cloverdale Assembly of God, Inc. prays that the Court grant this Motion for Leave to file a limited appearance in this cause for the specific purpose of filing a Motion to Dismiss this case pursuant to Rule 41 of the Federal Rules of Civil Procedure and for

such other relief as the Court finds is proper with respect to dismissal of this case without prejudice.

Respectfully Submitted,

Cloverdale Assembly of God, Inc., Plaintiff

Byrd Law Firm, P.A.

By: /s/*John Richard Byrd, Sr.*
John Richard Byrd, Sr.
P.O. Drawer 270
Hamburg, AR 71646
(870) 853-8225
Arkansas Bar No. 82027
byrdlaw@sbcglobal.net

## CERTIFICATE OF SERVICE

The undersigned certified that a true and correct copy of the foregoing was served via the court's electronic filing system this 26 day of March, 2024, upon the following:

Watters Wolf Bub & Hansmann, L.L.C.
Mr. Timothy Wolf
600 Kellwood Parkway, Suite 120
St. Louis, MO 63017

/s/*John Richard Byrd, Sr.*
John Richard Byrd, Sr.