## IN THE MATTER OF THE UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF ARKANSAS
## ELDORADO DIVISION

**CLOVERDALE ASSEMBLY OF GOD, INC.**                              **PLAINTIFF**

**VS**                              **CASE NO. 1:23-cv-01010-SOH**

**CHURCH MUTUAL INSURANCE COMPANY, S.I.**                              **DEFENDANT**

### MOTION FOR VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Comes now, Cloverdale Assembly of God, Inc. and for it's Motion for Dismissal without Prejudice pursuant to Rule 41 of the Federal Rules of Civil Procedures, states as follow:

1. That an Order was entered by this Court on June 4, 2024, authorizing the special appearance of John Richard Byrd of the Byrd Law Firm, P.A. for the purpose of filing a Motion to Dismiss without Prejudice.

2. Cloverdale Assembly of God, Inc. moves this Court for dismissal of this cause without prejudice.

WHEREFORE, the Plaintiff, Cloverdale Assembly of God, Inc. prays that the Court enter it's Order of Dismissal of this case without prejudice and for all further relief to which the Plaintiff may be entitled.

Respectfully Submitted,

Cloverdale Assembly of God, Inc., Plaintiff

Byrd Law Firm, P.A.

By: /s/*John Richard Byrd, Sr.*
    John Richard Byrd, Sr.
    P.O. Drawer 270
    Hamburg, AR 71646
    (870) 853-8225
    Arkansas Bar No. 82027
    byrdlaw@sbcglobal.net

## CERTIFICATE OF SERVICE

The undersigned certified that a true and correct copy of the foregoing was served via the court's electronic filing system this __10__ day of June, 2024, upon the following:

Watters Wolf Bub & Hansmann, L.L.C.
Mr. Timothy Wolf
600 Kellwood Parkway, Suite 120
St. Louis, MO 63017

/s/*John Richard Byrd, Sr.*
John Richard Byrd, Sr.