IN THE UNITED STATES DISTRICT COURT
WESTSERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

CLOVERDALE ASSEMBLY OF GOD, INC.                                          PLAINTIFF

v.                                      Case No. 1:23-cv-01010

CHURCH MUTUAL INSURANCE
COMPANY, INC.                                                             DEFENDANT

## ORDER

Before the Court is Plaintiff's Motion for Voluntary Dismissal Without Prejudice. ECF No. 39. Defendant filed a response. ECF No. 40. The Court finds this matter ripe for consideration.

On June 10, 2024, Plaintiff filed the instant Motion. ECF No. 39. "[P]ursuant to Rule 41 of the Federal Rules of Civil Procedure," Plaintiff "moves this Court for dismissal of this cause without prejudice." *Id.* Defendant informs the Court that they do not oppose the motion. ECF No. 40. "[A]n action may be dismissed at the plaintiff's request only by court order." Fed. R. Civ. P. 41(a)(2).

Upon consideration, the Court finds that the Plaintiff's Motion for Voluntary Dismissal Without Prejudice (ECF No. 39) should be and hereby is **GRANTED**. This case is hereby **DISMISSED WITHOUT PREJUDICE**.

**IT IS SO ORDERED**, this 24th day of June, 2024.

/s/ Susan O. Hickey
Susan O. Hickey
Chief United States District Judge